IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEON SHIRLEY,

      Plaintiff,                    No. CIV S-05-2468 FCD CMK P

    vs.

J. TUGGLE, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed June 29, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.

        Plaintiff brings this complaint against Clemmons, J. Tuggle, J. Franz, and K. Wong alleging that defendants forced him to be exposed to toxic chemicals and to handle such chemicals without proper protective gear.  Plaintiff alleges that he suffered physical injury as a result of such exposure.  He alleges that defendants violated his Eighth and Fourteenth Amendment rights.  The court finds that the amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

1

action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Clemmons, J. Tuggle, J. Franz, and K. Wong

2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 21, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Five copies of the endorsed amended complaint filed July 21, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 28, 2006.

*Craig M. Kellison*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____/ |  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  _____    completed summons form

  _____    completed USM-285 forms

  _____    copies of the _____
                           Amended Complaint

DATED:

                                            _____
                                            Plaintiff