IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEON SHIRLEY,

    Plaintiff,                              No. CIV S-05-2468 FCD CMK P

   vs.

J. TUGGLE, et al.,

    Defendants..

_____/         <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  On January 10, 2007, plaintiff requested a thirty day extension of time to file a response to defendants' motion to dismiss; however, plaintiff filed such response on January 11, 2007.  Accordingly, the request for an extension of time is moot.

        IT IS SO ORDERED.

DATED:  January 17, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE