1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 DEON SHIRLEY,                                    No. CIV S-05-2468-FCD-CMK-P

9             Plaintiff,

10       vs.                                              ORDER

11 J. TUGGLE, et al.,

12             Defendants.

13 _____/

14             Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

15 to 42 U.S.C. § 1983.  Pending before the court is Defendants' motion for leave to file a

16 supplemental motion to dismiss (Doc. 49).

17             Good cause appearing therefor, Defendants' request is granted.  Defendants may

18 file a supplemental motion to dismiss, challenging whether Plaintiff has exhausted his

19 administrative remedies, within 30 days of the date of this order.

20             IT IS SO ORDERED.

21

22  DATED: August 29, 2009

23                                                          _____

24                                                          **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE

25

26

                                                    1