IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEON SHIRLEY,** | Case No. 2:05-cv-2468 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. TUGGLE, et al. ,** | |
| Defendants. | |

Defendants Clemens and Tuggle request to conduct Plaintiff Deon Shirley's deposition via videoconference is granted.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated:  September 13, 2010

                                                                                          
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28